JOHN H. FALTYS, *Respondent,* V. LEON A. UZIEL,
*Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 860197, Stephen M. Reilly, J., entered June 3,
1983. *Affirmed in part* and *reversed in part* by unpublished

1054

opinion per Webster, J., concurred in by Grosse, J., and Revelle, J. Pro Tem.